IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL WILSON,

      Plaintiff,　　　　　　　　　　　No. CIV S-10-1157 LKK KJM PS

  vs.

WASHINGTON UNIVERSITY SCHOOL
OF MEDICINE, et al.,

      Defendants.　　　　　　　　　　ORDER
_____/

        Plaintiff is proceeding in this action pro se. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, all of the defendants are located in the Eastern District of Missouri, and a substantial part of the events giving rise to the claim occurred in that district. Therefore, plaintiff's claim should have been filed in the United States District Court for the Eastern District of Missouri. In the interest of justice, a federal court may transfer a complaint filed in the wrong

district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Eastern District of Missouri.

DATED: May 14, 2010.

_____
U.S. MAGISTRATE JUDGE

006
wilson.tra